UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE PRIVACY POLICY LITIGATION | Case No.: C 12-1382 PSG<br><br>**CASE MANAGEMENT ORDER** |

On August 7, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that a hearing on Defendant Google, Inc.'s ("Google") motion to dismiss shall be held on October 9, 2012 at 10AM.

IT IS FURTHER ORDERED that all other aspects of the case are stayed pending a ruling on Google's motion to dismiss.

Dated: 9/14/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-1382 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-1382 PSG
ORDER