DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE, INC. PRIVACY POLICY LITIGATION | Case No. 5:12-cv-01382-PSG<br><br>**CONSOLIDATED CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Ctrm:    5 - 4th Floor<br>Judge:   Honorable Paul Singh Grewal |

Pursuant to Northern District of California Civil Local Rule 6-2 Defendant Google Inc. ("Google") and Plaintiffs hereby stipulate to the below briefing schedule for Defendant's Motion to Dismiss the Consolidated Second Amended Complaint.  This extension of time is appropriate in order to fully address the multiple legal issues raised by Plaintiffs' 88-page Consolidated Second Amended Complaint.  This is the first such extension, and will not alter the date of any event or any deadline already fixed by Court order.

| Event | Proposed Date |
|---|---|
| Motion to Dismiss | February 21, 2014 |
| Opposition to Motion to Dismiss | March 28, 2014 |
| Reply to Motion to Dismiss | April 11, 2014 |
| Hearing on Motion to Dismiss | As the Court may direct |

Dated:  January 21, 2014

DURIE TANGRI LLP

By: */s/ Michael H. Page*
MICHAEL H. PAGE

Attorneys for Defendant
GOOGLE INC.

Dated:  January 21, 2014

GARDY & NOTIS LLP

By: */s/ Orin Kurtz*
MARK C. GARDY
JAMES S. NOTIS
JENNIFER SARNELLI
ORIN KURTZ

Attorneys for Plaintiffs

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated: January 21, 2014                              */s/ Michael H. Page*
                                                     MICHAEL H. PAGE

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: _____

                                                     HON. PAUL SINGH GREWAL
                                                     UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on January 21, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael H. Page*
MICHAEL H. PAGE
