DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE GOOGLE, INC. PRIVACY POLICY LITIGATION

Case No. 5:12-cv-01382-PSG

**CONSOLIDATED CLASS ACTION**

**DECLARATION OF SILAS REYES IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**

Date: To be set by the Court
Time: To be set by the Court
Ctrm: 5 - 4th Floor
Judge: Honorable Paul Singh Grewal

I, Silas Reyes, declare as follows:

1. I am a Senior Webmaster at Google Inc. ("Google"). I have been employed by Google since February 2004. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify to the statements made herein.

2. In January 2010, I implemented a change that caused any internet traffic previously directed to http://www.google.com/intl/en_us/mobile/android/basic/privacy.html to instead be redirected to http://m.google.com/static/en/privacy.html. I have reviewed Google logs, and based on that review am informed and believe that the aforementioned change was implemented on January 29, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2014 in MT. VIEW, CALIFORNIA

SILAS REYES

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on February 21, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael H. Page*
Michael H. Page