DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE GOOGLE, INC. PRIVACY POLICY LITIGATION

Case No. 5:12-cv-01382-PSG

**CONSOLIDATED CLASS ACTION**

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**

Date: To be set by Court
Time: To be set by Court
Ctrm: 5 - 4th Floor
Judge: Honorable Paul Singh Grewal

Upon consideration of Defendant Google Inc.'s ("Google") Motion to Dismiss Plaintiffs' Consolidated Second Amended Class Action Complaint, Request for Judicial Notice, and Declaration of Silas Reyes filed therewith, any opposition and reply thereto, oral argument, and other materials of record in this action, it is hereby ORDERED on this _________day of ____________, 2014, that said motion is **GRANTED** with prejudice..

Dated: ____________________, 2014

______________________________

HONORABLE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on February 21, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael H. Page*
Michael H. Page