UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE GOOGLE, INC. PRIVACY POLICY LITIGATION | Case No. 5:12-cv-001382-PSG<br><br>**CASE MANAGEMENT ORDER**<br><br>**(Re: Docket Nos. 88, 91)** |

On September 12, 2014, the parties appeared for a case management conference. Based on the parties' Joint Case Management Statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is January 6, 2015.

---

[1] *See* Docket No. 88.

[2] *See* Docket No. 91.

1

Case No. 5:12-cv-01382-PSG
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the parties shall meet and confer on a date for mediation as referred by the court on September 14, 2012. No later than September 19, 2014, the parties shall file a stipulation as to the deadline for mediation or present their respective positions to the court for resolution.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

| | |
|---|---|
| Parties' proposed protective order | September 26, 2014 |
| Non-expert discovery | February 27, 2015 |
| Opening expert witness disclosure | March 13, 2015 |
| Rebuttal expert witness disclosure | April 10, 2015 |
| Expert discovery | May 1, 2015 |
| Plaintiffs' motion for class certification | May 12, 2015 |
| Defendant's opposition to motion for class certification | May 26, 2015 |
| Plaintiffs' reply to opposition to motion for class certification | June 2, 2015 |
| Hearing on Plaintiffs' motion for class certification | June 9, 2015 at 10 a.m. |
| Dispositive motions | August 14, 2015 |
| Oppositions to dispositive motions | August 28, 2015 |
| Replies to oppositions to dispositive motions | September 4, 2015 |
| Hearing on dispositive motions | September 15, 2015 at 10 a.m. |
| Pre-trial conference | November 3, 2015 at 10 a.m. |
| Trial | November 16, 2015 at 10 a.m. |

2

Case No. 5:12-cv-01382-PSG
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: September 12, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

3

Case No. 5:12-cv-01382-PSG
CASE MANAGEMENT ORDER