1 DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
2 mpage@durietangri.com
JOSHUA H. LERNER (SBN 220755)
3 jlerner@durietangri.com
SONALI D. MAITRA (SBN 254896)
4 smaitra@durietangri.com
217 Leidesdorff Street
5 San Francisco, CA 94111
Telephone: 415-362-6666
6 Facsimile: 415-236-6300

7 Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE, INC. PRIVACY POLICY LITIGATION | Case No. 5:12-cv-01382-PSG<br><br>**CONSOLIDATED CLASS ACTION**<br><br>**STATEMENT OF RECENT DECISION**<br><br>Ctrm: 5 - 4th Floor<br>Judge: Honorable Paul Singh Grewal |
|---|---|

Pursuant to Local Rule 7-3(d)(2), Google Inc. submits the attached June 1, 2015 decision from the District Court for the District of Nevada in *In re Zappos.com, Inc., Customer Data Security Breach Litigation*, case number 3:12-cv-00325-RCJ-VPC.  The holding in this case is relevant to Plaintiffs' pending Motion for Class Certification, as well as Google's pending motion to dismiss, or in the alternative for summary judgment.

Dated:  June 3, 2015                                         DURIE TANGRI LLP

                                                By:                    */s/ Michael H. Page*
                                                                        MICHAEL H. PAGE

                                                        Attorneys for Defendant
                                                        GOOGLE INC.

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on June 3, 2015 with a copy of this document via the Court's CM/ECF system.

                                          */s/ Michael H. Page*
                                          MICHAEL H. PAGE