# Exhibit 2

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5
 6   IN RE:  GOOGLE, INC., PRIVACY
     POLICY LITIGATION,                   NO. 12-CV-01382 PSG
 7   _____/
 8
 9
10
11
12
13
14           DEPOSITION OF DOUGLAS G. KIDDER
15              SAN FRANCISCO, CALIFORNIA
16                 FRIDAY, MAY 1, 2015
17
18
19
20
21
22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23        CSR LICENSE NO. 9830
24
25
```

Page 2

1              IN THE UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                       SAN JOSE DIVISION
4
5
6    IN RE:  GOOGLE, INC., PRIVACY
     POLICY LITIGATION,                   NO. 12-CV-01382 PSG
7    _____/
8
9
10
11          Deposition of DOUGLAS G. KIDDER, taken on
12      behalf of the Class and Subclasses, at DURIE
13      TANGRI, 217 Leidesdorff Street, San Francisco,
14      California, Pursuant to Notice, before me,
15      ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
16      CSR License No. 9830.
17
18
19
20
21
22
23
24
25

Page 83

1   damages, when you say establish the fact of harm, is
2   that synonymous with establish -- establishing
3   liability?
4        A    No.  Two different things.
5        Q    Yeah.  So what's the difference between
6   assume liability -- can you assume liability in order
7   to reach a damages report?
8        A    Well, if you're -- there is no relevance to
9   any damages report, be it plaintiffs or defendants,
10  without liability.  So as a damages expert, you always
11  assume liability.  There's no liability, there's no
12  damages, regardless of what happened; okay.  You can
13  also have liability but no actual harm.
14       Q    Okay.  And is it your opinion that an expert
15  cannot opine on damages without identifying a harmful
16  event?
17       A    So, first of all, that's a legal opinion as
18  to whether an expert can or cannot opine on.
19            I make it a practice and teach my students
20  that you have to establish that -- that there was a
21  fact of harm, and it's pretty well-discussed in the --
22  everything that I looked at and read.
23       Q    And so, in this case, what do you say is the
24  harm that Mr. Torres has not factually established?
25       A    That any developer that ever used the