1  Kathryn Diemer
   Diemer, Whitman & Cardosi, LLP
2  75 East Santa Clara Street, Suite 290
   San Jose, CA 95113
3  Phone: 408-971-6270
   Fax: 408-971-6271
4  kdiemer@diemerwhitman.com
   CA Bar No.: 133977
5
   Mark Bulgarelli
6  Elizabeth Roberson-Young
   Progressive Law Group LLC
7  140 S. Dearborn Street, Suite 315
   Chicago, IL 60603
8  Tel: 312-787-2717
   Fax: 888-574-9038
9  markb@progressivelaw.com
   liza@progressivelaw.com
10
   Frank Jablonski
11 Progressive Law Group LLC
   354 West Main Street
12 Madison, WI 53703
   Phone 608-258-8511
13 Fax: 608-442-949
   frankj@progressivelaw.com
14

15    *Attorneys for Proposed Plaintiff-Intervenor*

              UNITED STATES DISTRICT COURT
16
              NORTHERN DISTRICT OF CALIFORNIA
17
              SAN JOSE DIVISION
18

19
                              | Case No. 5:12-cv-01382-PSG
20
                              | **CONSOLIDATED CLASS ACTION**
21
   IN RE GOOGLE, INC. PRIVACY | **[PROPOSED] ORDER GRANTING
22 POLICY LITIGATION          | MOTION TO SHORTEN TIME FOR
                              | MOTION TO INTERVENE**
23

24

25                            | Judge: Hon. Paul Singh Grewal
26

27

28
                              1

DENIED

Paul S. Grewal

Judge Paul S. Grewal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Proposed Plaintiff-Intervenor, having moved under Local Rules 6-1 and 6-3 for an order

2    shortening time on briefing and hearing of her pending Motion to Intervene, and the Court having

3    duly considered the submissions and arguments of counsel, hereby ORDERS as follows:

4        1.    Proposed Plaintiff-Intervenor's Motion to Shorten Time is GRANTED.

5        2.    Any opposition to the pending Motion to Intervene shall be filed and served no

6    later than July 10, 2015.

7        3.    Any reply in support of the pending Motion to Intervene shall be filed and served

8    no later than July 15, 2015.

9        4.    The Court shall hear oral argument on the pending Motion to Intervene on July 21,

10   2015 at 10:00 a.m.

11       IT IS SO ORDERED.

12

13   Dated: ___July 7, 2015_____            _____

14                                                Honorable Paul Singh Grewal
                                                  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2