UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE, INC. PRIVACY POLICY LITIGATION | Case No. 5:12-cv-01382-PSG<br><br>**JUDGMENT**<br><br>**(Re: Docket No. 149)** |

The court granted Google, Inc.'s motion to dismiss without leave to amend.[1]  The case is dismissed and the Clerk shall close the file.

**SO ORDERED.**

Dated: July 15, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 149.

1

Case No. 5:12-cv-01382-PSG
JUDGMENT